**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 11-cv-02478-REB

LACY E. ESTES,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

## MINUTE ORDER[1]

---

The matter is before the court on plaintiff's **Motion For Award of Attorney's Fees Pursuant To The Equal Access To Justice Act, 28 U.S.C. § 2412** [#21] filed June 20, 2013. The motion is **DENIED** without prejudice for failure to comply with D.C.COLO.LCivR 7.1A.

Dated: June 24, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.