**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 11-cv-02478-REB

LACY A. ESTES,

    Plaintiff,

v.

CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security,

    Defendant.

**ORDER GRANTING PLAINTIFF'S AMENDED
MOTION FOR AWARD OF ATTORNEYS' FEES PURSUANT
TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412**

**Blackburn, J.**

The matter before me is plaintiff's **Amended Motion for Award of Attorneys' Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412** [#23],[2] filed June 24, 2013. By her response, the Commissioner indicates that the parties have agreed to an award of fees in the amount of $6,500.00. (***See* Defendant's Response to Plaintiff's Motion For Attorney Fees** [#24], filed July 1, 2013.) I therefore grant the motion and award that amount of fees payable to plaintiff. *See Manning v. Astrue*, 510 F.3d 1246, 1249-55 (10th Cir. 2007), ***cert. denied***, 129 S.Ct. 486 (2008).

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013, and thus her name is substituted for that of Michael J. Astrue as the defendant in this suit. **FED. R. CIV. P.** 25(d)(1). By virtue of the last sentence of 42 U.S.C. § 405(g), no further action need to taken to continue this lawsuit.

[2] "[#23]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That plaintiff's **Motion for Award of Attorneys' Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412** [#23], filed June 24, 2013, is **GRANTED**; and

2. That plaintiff is **AWARDED** $6,500.00 in attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A).

Dated July 2, 2013, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge